

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036
t 212 775 8700  f 212 775 8800

direct dial 212 775 8771
direct fax 212 898 0331
rgalati@kilpatricktownsend.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2021
```

October 27, 2021

**MEMO ENDORSED**

**VIA ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Watts Constructors, LLC v. Insurance Company of the State of Pennsylvania
            Case No. 21-cv-3254 (LJL)(BCM)

Dear Judge Moses

    Our firm is co-counsel, with the firm of Whitfield & Eddy, P.L.C., for plaintiff Watts Constructors, LLC ("Plaintiff") in the above-referenced action.  We write, with the consent of counsel for defendant Insurance Company of the State of Pennsylvania, Chiesa Shahinian & Giantomasi PC, to respectfully request that the Court adjourn the settlement conference presently scheduled for November 10, 2021 at 2:15 p.m.

    The reason for this request is that the representative of Plaintiff that will be attending the conference with Plaintiff's counsels is a reservist in the United States Army who, until this past Monday, October 25, 2021, was deployed on active duty in Iraq for several months.  Upon his return to the United States he has been required to quarantine due to the still ongoing COVID-19 pandemic and will then be debriefed for undetermined lengths of time, making his travel to New York practically impossible in the next two weeks.  Plaintiff's counsel had previously informed Judge Liman of the possibility that we would need to request this adjournment at the initial scheduling conference held in this matter on July 6, 2021, at which time Judge Liman referred this matter to Your Honor for the aforementioned settlement conference.

    We have consulted with Defendant's counsel regarding possible adjourn dates and are able to propose the following to the Court: December 6, 9, 13, or 17, 2021.  In the event that the Court is not available on any of those days, we would be willing to arrange a conference call between the Court, Defendant's counsel and our office and our co-counsel to discuss alternative dates.

ANCHORAGE   ATLANTA   AUGUSTA   BEIJING   CHARLOTTE   DALLAS   DENVER   HOUSTON   LOS ANGELES   NEW YORK   RALEIGH   SAN DIEGO
SAN FRANCISCO   SEATTLE   SHANGHAI   SILICON VALLEY   STOCKHOLM   TOKYO   WALNUT CREEK   WASHINGTON   WINSTON-SALEM

US2008 19182557 1

Thank you for the Court's consideration of Plaintiff's request.

| | |
|---|---|
| Application GRANTED. The settlement conference is hereby ADJOURNED to **December 6, 2021, at 2:15 p.m.** SO ORDERED.<br><br>_[signature]_<br>Barbara Moses<br>United States Magistrate Judge<br>October 28, 2021 | Respectfully submitted,<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br><br>By: _[signature]_<br>      Richard J. Galati, Jr., Esq. |

cc: Gary Goudelock, Esq. (via ECF)
    Marc Lepelstat, Esq. (via ECF)
    Steven Katz, Esq. (via ECF)