UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WATTS CONSTRUCTORS, LLC,

        Plaintiff,

-against-

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

        Defendant.



21-CV-3254 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's settlement conference, it is hereby ORDERED that, no later than **December 23, 2021**, the parties shall submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, and marked "Confidential Material for Use Only at Settlement Conference," advising the Court as to whether and when the parties believe it would be productive to convene a follow-up settlement conference, and updating the Court on the parties' progress in settlement discussions. **<u>Do not file the confidential settlement letter on ECF</u>**.

Dated: New York, New York
       December 6, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**